(Rev. 11/9/00)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

UNITED STATES OF AMERICA

V.                                                     Criminal Action No. 3:07CR00015-001

Richard Neal Willetts

In the presence of _____Fran Lawrence_____, my counsel, who has fully explained the charges contained in the indictment/~~information~~ against me, and having received a copy of the indictment/~~information~~ from the United States Attorney before being called upon to plead, I hereby plead guilty to said indictment/~~information~~ and ~~each count~~/count(s) __1__ thereof. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.

_Richard Neal Willetts_
Signature of Defendant

9/17/07
Date

_[signature]_
Witness